# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3388

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Northern |
| Raymond Campbell, | * | District of Iowa. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted:  December 27, 2000

Filed:  January 25, 2001

_____

Before McMILLIAN, ROSS, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Raymond Campbell was convicted of two drug offenses and one firearm offense, and was sentenced to an aggregate of 160 months imprisonment and five years supervised release.  On appeal, this court reversed the district court's drug-quantity finding attributing two kilograms of cocaine to Mr. Campbell as relevant conduct, rejected all of his other arguments (including his challenge to the inclusion of seven ounces of methamphetamine), affirmed his convictions and sentences in all other respects, and remanded for resentencing.  See United States v. Campbell, 150 F.3d 964, 965-67 (8th Cir. 1998).

Over Mr. Campbell's objection, the district court[1] again attributed the seven ounces of methamphetamine to him as relevant conduct, and sentenced him to an aggregate of 140 months imprisonment and five years supervised release. On appeal from resentencing, Mr. Campbell's counsel challenges the inclusion of the methamphetamine, and has moved to withdraw under Anders v. California, 386 U.S. 738 (1967). Mr. Campbell has not filed a pro se supplemental brief.

Because we previously affirmed the district court's drug-quantity finding attributing the seven ounces of methamphetamine to Mr. Campbell, counsel's attempt to relitigate the issue in this appeal is foreclosed. See United States v. Behler, 187 F.3d 772, 776 (8th Cir. 1999); United States v. Bartsh, 69 F.3d 864, 866 (8th Cir. 1995). Having reviewed the record independently pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we have found no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.